IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02975-WYD-MEH

ISMAEL OMAR,

     Plaintiff,

v.

TERRY MAKETA, Sheriff (El Paso County),
TERI GOODALL, Under Sheriff (El Paso County), and
PAULA PRESLEY, Bureau Chief,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2011.**

     Plaintiff's "Motion to Grant Time Extension" [filed April 6, 2011; docket #27] is **granted** as follows.  The Court accepts the Inmate Statement of Account Activity at docket #26 as satisfying Plaintiff's *in forma pauperis* obligation for the month of March 2011.  The Court reminds Plaintiff that his *in forma pauperis* obligations are monthly, and that he must comply with the order entered December 27, 2010 (docket #3).

     Plaintiff's "Motion to Amend" [filed April 6, 2011; docket #28] is **granted**.  The Court construes this motion as a notice of address change and instructs the Clerk of Court to modify Plaintiff's contact information as requested.