IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02975-WYD-MEH

ISMAEL OMAR,

      Plaintiff,

v.

TERRY MAKETA, Sheriff (El Paso County),
TERI GOODALL, Under Sheriff (El Paso County), and
PAULA PRESLEY, Bureau Chief,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2011.**

      Plaintiff's Motion to Adjust *In Forma Pauperis* Obligation [filed June 15, 2011; docket #43] is **denied without prejudice**. Pursuant to 28 U.S.C. § 1915(b)(2), "[t]he agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid." Thus, the 20% *in forma pauperis* deduction should not be implemented unless and until Plaintiff has a minimum of $10 in his prisoner account. Regarding the limited access to the law library, this issue is more the norm in these types of cases and for plaintiffs such as this Plaintiff and not a special circumstance for the Court's consideration. Plaintiff's obligation to either 1) pay the 20% fee if the balance of his account is $10 or more, or 2) submit a monthly inmate trust fund account statement demonstrating his indigence, continues in effect. (*See* docket #3 (order granting IFP status).)

      The Court notes that the last statement filed by Plaintiff is dated April 6, 2011, and provides information for March 2011. Plaintiff thus must submit statements for April, May, and June 2011, on or before **July 15, 2011**.