IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02975-WYD-MEH

ISMAEL OMAR,

      Plaintiff,

v.

TERRY MAKETA, Sheriff (El Paso County),
TERI GOODALL, Under Sheriff (El Paso County), and
PAULA PRESLEY, Bureau Chief,

      Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with the Defendants' Motion to

Dismiss Plaintiff's Complaint (Doc. No. 1) Pursuant to Rule 12(b)(1) and (6) or in the

Alternative Motion for Summary Judgment Pursuant to Rule 56 [ECF No. 32], filed April

14, 2011.  This motion was referred to United States Magistrate Judge Hegarty for a

recommendation by Order of Reference dated April 15, 2011 [ECF No. 33].  Magistrate

Judge Hegarty issued a Recommendation on August 3, 2011 [ECF No. 53].  The

Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B);

Magistrate Judge Hegarty advised the parties that written objections were due

within fourteen (14) days after service of a copy of the Recommendation.

(Recommendation at 1.)  Despite this advisement, no objections were filed to the

Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Hegarty's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Hegarty that the pending motion should be granted for the reasons stated in both the Recommendation and this Order.  Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Hegarty [ECF No. 53] is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that Defendants Motion to Dismiss [ECF No. 32] is **GRANTED.**  It is

FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** in its entirety.

Dated:  September 27, 2011

---

[1]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge